

JUNE 1, 1977

No. 76–6584. HOLMES *v.* UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT. Motion for leave to file petition for writ of mandamus dismissed under this Court's Rule 60.

JUNE 6, 1977

No. 76–1105. CLARK *v.* KIMMITT, SECRETARY OF THE SENATE, ET AL. Affirmed on appeal from C. A. D. C. Cir. MR. JUSTICE BLACKMUN, MR. JUSTICE REHNQUIST, and MR. JUSTICE STEVENS would dismiss the appeal for want of jurisdiction, treat the papers whereon the appeal was taken as a petition for writ of certiorari, and deny certiorari.

No. 76–1202. INTERNATIONAL-STANLEY CORP. *v.* DEPARTMENT OF REVENUE OF ILLINOIS ET AL. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of substantial federal question.

No. 76–1220. MARTZ *v.* PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, BUREAU OF TRAFFIC SAFETY. Appeal from Commw. Ct. Pa. dismissed for want of substantial federal question.